UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-0401-AG(MLGx) | Date | December 6, 2010 |
|---|---|---|---|
| Title | Joint Equity Committee of Investors of Real Estate Partners Inc. v. Coldwell Banker Real Estate Corp., et al | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |
|---|---|

| Dwayne Roberts | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Newhouse | Peter Morrison |
| Suzanne Henry | Virginia Milstead |

**Proceedings:**  DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT OR IN THE ALTERNATIVE, TO STAY

Cause is called for hearing and counsel make their appearances. Counsel argue the Court's Tentative Ruling.  The Court GRANTS the Motion to Dismiss in its entirety, with leave to amend, and also GRANTS the Motion to Stay, in accordance with the Tentative Ruling.  The case is stayed until the REP Bankruptcy Plan is approved by the Bankruptcy Court.  Within 21 days after the stay is lifted, Plaintiff's may file an amended complaint.  A separate Order to issue this date.

|  | : | 02 |
|---|---|---|
| Initials of Preparer | dr | |